THOMAS A. MARINO  
United States Attorney  
G. MICHAEL THIEL  
Assistant U.S. Attorney  
311 Wm. J. Nealon Federal Building  
Washington & Linden  
Scranton, PA  18503  
Phone:  (570)348-2800  

Attorneys for Plaintiff

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )    1:01-CR-371-02
          Plaintiff,          )
                              )
     V.                       )    SATISFACTION OF JUDGMENT
_____)       (Kane, J.)
                              )
KAREN GORDON,                 )
          Defendant.          )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      Full satisfaction is hereby acknowledged of that certain judgment entered on November 5, 2003, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  October 6, 2006

                                            THOMAS A. MARINO  
                                            United States Attorney

                                            /s G. MICHAEL THIEL  
                                            G. MICHAEL THIEL  
                                            Assistant U.S. Attorney

                                            KAREN M. MUSLOSKI  
                                            Paralegal Specialist